**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2005**

GERALDINE TALLEY HOBBY,

                                        Debtor - Appellant,

        versus

BENEFICIAL MORTGAGE COMPANY OF VIRGINIA,

                                        Creditor - Appellee,

        and

U.S. TRUSTEE,

                                        Trustee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-05-110)

Submitted: May 18, 2006                    Decided: May 25, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Geraldine Talley Hobby, Appellant Pro Se.  Melvin Reginald Zimm,
GLASSER & GLASSER, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Geraldine Talley Hobby appeals from the district court's orders: (1) dismissing as moot her appeal from the bankruptcy court's order, and (2) denying her motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Beneficial Mortgage Co. v. Hobby, No. CA-05-110 (E.D. Va. Aug. 11, 2005). We grant Hobby's motions to amend and file her informal brief out of time and deny Hobby's motions for a transcript at government expense, for a stay pending appeal, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED